■ ELIBERTO FUENTES, Respondent, v GARDEN BAY MANOR ASSOCIATES, Defendant and Third-Party Plaintiff, and LEVICK WATERPROOFING CORP., Appellant and Third-Party Plaintiff-Appellant. WILLY'S PAINTING CORP., Third-Party Defendant-Appellant.—Order, Supreme Court, Bronx County (Herbert Shapiro, J.), entered on or about October 10, 1985, unanimously affirmed for the reasons stated by Herbert Shapiro, J., at Special Term. Respondent shall recover of the appellants one bill of $75 costs and disbursements of this appeal. Concur —Murphy, P. J., Kupferman, Ross, Kassal and Rosenberger, JJ.